U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HEATHER JERASA : CHAPTER 13
:
    Debtor : BANKRUPTCY NO. 17-14768

## ORDER TO ALLOW COUNSEL FEES

AND NOW, this **22nd** day of **August**, 2018, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee: $3,500
Total paid by Debtor prepetition: $1,500
($2,000 to be paid in Plan)
Filing fee paid by client

The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1,500 which was paid by the Debtor(s) prepetition.**

Date:_____       _____
    J.

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor