# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14768-MDC

HEATHER JERASA

200 CROCUS COURT

QUAKERTOWN, PA 18951

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    HEATHER JERASA

    200 CROCUS COURT

    QUAKERTOWN, PA 18951

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                                  /S/ William C. Miller

Date: 4/9/2019                    _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee