**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HEATHER JERASA | Chapter 13 |
| Debtor | Bankruptcy No. 17-14768-MDC |

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this ___30th___ day of ___May___, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
HEATHER JERASA

200 CROCUS COURT

QUAKERTOWN, PA 18951